*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

**United States of America**

    -against-　　　　　　　　　　　　　　06 Cr 122-09 ( SCR)

Eric Walker,

Stephen C. Robinson, U.S.D.J.

### ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

On __January 17, 2007__, pursuant to Fed.R.Crim.P. 11, the Honorable George A. Yanthis, United States Magistrate Judge, after presiding over a plea allocution in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Report and Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

SO ORDERED:

_____
Stephen C. Robinson, U.S.D.J.

Dated: May 4, 2007
      White Plains, N.Y.